RCC

FILED
FEBRUARY 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRANSCAP ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY and ROBERT M. FRANCISCO, <br><br> Defendants. | No. <br><br> **08 C 723** <br><br> **JUDGE DARRAH** <br> **MAGISTRATE JUDGE MASON** |

### EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant Euler Hermes American Credit Indemnity Company, a nongovernmental corporate party organized under the laws of the State of Maryland, states its parent corporation is Euler Hermes ACI Holding Inc., a Delaware corporation, the parent company of which is Euler Hermes S.A., a "societe anonyme" under the laws of the Republic of France, which is publicly held.

Dated: February 1, 2008

Respectfully submitted,

EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY and ROBERT M. FRANCISCO


By: s/ Kevin J. Kuhn
     One of Their Attorneys

CHICAGO/#1740820.2

Kevin J. Kuhn
Cindy S. Stuyvesant
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Phone: (312) 609-7500
Facsimile: (312) 609-5005

Alan D. Halperin
Andrew P. Saulitis
Halperin Battaglia Raicht, LLP
555 Madison Avenue
New York, New York 10022
Phone: (212) 459-0900
Facsimile: (212) 459-1826

CHICAGO/#1740820.2