IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TRANSCAP ASSOCIATES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY** and **ROBERT M. FRANCISCO,**<br><br>Defendants. | No.  08 CV 723 |

## REQUEST FOR REFUND OF FILING FEE

Defendants Euler Hermes American Credit Indemnity Company and Robert M. Francisco hereby Petition the Clerk of Court for the United States District Court for the Northern District of Illinois, Eastern Division, for the Refund of a Filing Fee and in support of its request, states:

On February 1, 2008, Defendants filed a Notice of Removal of Action Pursuant to 28 U.S.C. § 1441(a) with this Court.  This case was assigned case number 08 CV 723.

When this notice of removal was processed, however, it was inadvertently processed twice and the Clerk of Court received two payments in the amount of $350.00 each.

The filed notice of removal generated two receipts.  The first was receipt no. 2510446. No complaint or notice of removal was assigned to or associated with this receipt.  The second receipt generated was receipt no. 2510653.  The notice of removal and state court complaint received in the above-captioned action is associated with this receipt.  Thus it appears that receipt no. 2510446 reflects a duplicate charge to Defendants.

Accordingly, Defendants request a refund for the amount charged with receipt no. 2510446.  The cardholder associated with this charge is Joseph G. Fondern and the amount of the

CHICAGO/#1744253.1

duplicate charge is $350.00. For the Court's convenience, the tracking ID no. is 24UH7EUL and payment agency ID no. is 2510446.

WHEREFORE, Defendants respectfully request that the second filing fee of $350.00 associated with receipt no. 2510446 be refunded.

Dated: February 1, 2008

Respectfully submitted,

EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY and ROBERT M. FRANCISCO


By: _____s/ Kevin J. Kuhn_____
        One of Their Attorneys

Kevin J. Kuhn
Cindy S. Stuyvesant
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Phone: (312) 609-7500
Facsimile: (312) 609-5005

Alan D. Halperin
Andrew P. Saulitis
Neal W. Cohen
Halperin Battaglia Raicht, LLP
555 Madison Avenue
New York, New York 10022
Phone: (212) 459-0900
Facsimile: (212) 459-1826

CHICAGO/#1744253.1