IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **TRANSCAP ASSOCIATES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY** and **ROBERT M. FRANCISCO**, <br><br> Defendants. | No. 08 CV 723 (JTD) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on March 24, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached ANSWER AND COUNTERCLAIM, a true and correct copy of which is herewith served upon you

Thomas A. Marrinson
Grant Y. Lee
Reed Smith Sacluioff & Weaver
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Phone: (312) 207-1000
Fax: (312) 207-6400

March 24, 2008

Respectfully submitted,

**EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY** and **ROBERT M. FRANCISCO**,

By:   s/Cindy S. Stuyvesant
         One of Their Attorneys

CHICAGO/#1763109.1

Kevin J. Kuhn
Cindy S. Stuyvesant
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500
(312) 609-5005

Alan D. Halperin
Andrew P. Saulitis
Halperin Battaglia Raicht, LLP
555 Madison Avenue
New York, New York 10022-3301
(212) 459-0900
(212) 459-1826

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TRANSCAP ASSOCIATES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY** and **ROBERT M. FRANCISCO**, <br><br> Defendants. | No. 08 CV 723 (JTD) |

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing **Answer and Counterclaim** was served on:

Thomas A. Marrinson
Grant Y. Lee
Reed Smith Sacluioff & Weaver
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Phone: (312) 207-1000
Fax: (312) 207-6400

by using the CM/ECF system which will send electronic notification of such filing to the above.

By: s/ Cindy S. Stuyvesant_____
Attorney for Defendants

CHICAGO/#1763109.1