# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **TRANSCAP ASSOCIATES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 723 |
| | ) | |
| **EULER HERMES AMERICAN** | ) | Judge John W. Darrah |
| **CREDIT INDEMNITY COMPANY** | ) | |
| and ROBERT M. FRANCISCO, | ) | Magistrate Judge Mason |
| individually and as agent of Euler | ) | |
| Hermes American Credit Indemnity | ) | **JURY TRIAL DEMANDED** |
| Company, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on April 14, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **TRANSCAP'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT AND COUNTER-PLAINTIFF EULER'S COUNTERCLAIM**, a true and correct copy of which is herewith served upon you:

| | |
|---|---|
| Kevin J. Kuhn | Alan D. Halperin |
| Cindy S. Stuyvesant | Andrew P. Saulitis |
| Vedder Price P.C. | Neal W. Cohen |
| 222 North LaSalle Street | Halperin Battaglia Raicht, LLP |
| Chicago, Illinois 60601 | 555 Madison Avenue |
| (312) 609-7500 | New York, New York 10022-3301 |
| (312) 609-5005 | (212) 459-0900 |
| | (212) 459-1826 |

Dated: April 14, 2008

Respectfully Submitted,

TRANSCAP ASSOCIATES, INC.

By:____Grant Y. Lee_____
    One of Its Attorneys

Thomas A. Marrinson
Grant Y. Lee
Reed Smith LLP
10 South Wacker Drive
Suite 4000
Chicago, IL  60606
Phone:  (312) 207-1000
Fax: (312) 207-6400

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRANSCAP ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 723 |
| | ) | |
| EULER HERMES AMERICAN | ) | Judge John W. Darrah |
| CREDIT INDEMNITY COMPANY | ) | |
| and ROBERT M. FRANCISCO, | ) | Magistrate Judge Mason |
| individually and as agent of Euler | ) | |
| Hermes American Credit Indemnity | ) | JURY TRIAL DEMANDED |
| Company, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing **TRANSCAP'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT AND COUNTER-PLAINTIFF EULER'S COUNTERCLAIM** were served on:

Kevin J. Kuhn
Cindy S. Stuyvesant
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500
(312) 609-5005

by using the CM/ECF system which will send electronic notification of such filing to the above.

Alan D. Halperin
Andrew P. Saulitis
Neal W. Cohen
Halperin Battaglia Raicht, LLP
555 Madison Avenue
New York, New York 10022-3301
(212) 459-0900
(212) 459-1826

by using the CM/ECF system which will send notification, by other means, of such filing to the above.

Dated: April 14, 2008

                                      Respectfully Submitted,

                                      TRANSCAP ASSOCIATES, INC.


                                      By:_____Grant Y. Lee_____
                                               One of Its Attorneys

Thomas A. Marrinson
Grant Y. Lee
Reed Smith LLP
10 South Wacker Drive
Suite 4000
Chicago, IL  60606
Phone:  (312) 207-1000
Fax: (312) 207-6400