## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 723 | **DATE** | May 1, 2008 |
| **CASE TITLE** | Transcap Associates, Inc. v. Euler Hermes American Credit Indemnity Co., et al. | | |

**DOCKET ENTRY TEXT:**

The status hearing scheduled for May 6, 2008, is stricken and reset to May 21, 2008, at 9:00 a.m.


Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|