**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TRANSCAP ASSOCIATES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08 C 723** |
| | ) | |
| **EULER HERMES AMERICAN** | ) | **Judge John W. Darrah** |
| **CREDIT INDEMNITY COMPANY** | ) | |
| **and ROBERT M. FRANCISCO,** | ) | **Magistrate Judge Mason** |
| **individually and as agent of Euler** | ) | |
| **Hermes American Credit Indemnity** | ) | **JURY TRIAL DEMANDED** |
| **Company,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT REPORT OF PARTIES RULE 26(f) CONFERENCE**

1.  **Meeting**.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on May 12, 2008, by telephone, and was attended by:

    (a)    Thomas Marrinson, Attorney for Plaintiff Transcap Associates, Inc. ("Transcap" or "Plaintiff"); and

    (b)    Cindy Stuyvesant, Attorney for Defendants Euler Hermes American Credit Indemnity Company ("Euler") and Robert M. Francisco ("Francisco") (collectively, "Defendants").

2.  **Pre-trial Schedule**.  The parties jointly propose to the Court the following discovery plan:

    (a)    The parties have exchanged their Rule 26(a)(1) disclosures.

    (b)    The parties do not anticipate needing any changes in the limitations on discovery imposed by the Federal Rules of Civil Procedure or by local rule.

    (c)    The parties do not anticipate any significant issues arising in connection with disclosure or discovery of electronically stored information, but will cooperate with respect to such issues as they arise.

    (d)    The parties do not anticipate any significant issues arising in connection with claims of privilege or protection.  The parties shall serve on each other logs of any materials being withheld from production as privileged or otherwise protected within seven days after any document production from which any such material is being withheld.  The parties have conferred on the subject of inadvertent

disclosures of privileged or otherwise protected material and hereby stipulate and agree that any inadvertent disclosures by any party which could constitute waivers of attorney-client privilege or attorney work product privilege shall not be construed as such waivers, and that any documents or information inadvertently disclosed shall be returned to the counsel for the party who inadvertently disclosed such documents or information.

(e)     The parties are not in agreement regarding the scope of discovery. Collectively, the parties assert that discovery may be needed on the following subjects (without limitation): (1) the communications between Transcap and defendants regarding Transcap's business model and insurance needs and the insurance products of Euler; (2) the negotiation and underwriting of the insurance policies issued by Euler; (3) the handling by Euler of Transcap's insurance coverage claims for prior losses and for its losses relating to non-payment of invoices by Alco; (4) Euler's practices with respect to marketing, underwriting and claims handling for credit insurance policies; (5) the nature of Transcap's business(es) and disclosures made regarding same in connection with the subject insurance policy. The parties reserve their rights to object to the scope of discovery.

(f)     All fact discovery to be commenced in time to be completed by December 31, 2008.

(g)     The parties cannot yet determine the number of depositions that will be needed, but anticipate that no more than fifteen depositions will be taken.

(h)     Transcap shall submit its expert reports under Rule 26(a)(2), if any, by January 21, 2009. Defendants shall submit their expert reports, if any, by February 12, 2009. Expert depositions, if any, shall be completed by March 30, 2009.

(i)     Parties should be allowed until August 31, 2008 to join additional parties and to amend the pleadings without leave of court.

(j)     All potentially dispositive motions should be filed by April 20, 2009.

(k)     Final Pretrial Order: Plaintiff will provide to the Defendants a proposed draft Final Pretrial Order either (1) thirty days after the Court rules on any dispositive motions filed on or about April 20, 2009, or (2) by May 20, 2009 if no dispositive motions are filed on or about April 20, 2009. The Parties shall file a joint Final Pretrial order within fifteen days following the submission of the draft.

(l)     Depending on the disposition of any substantive motions, the case should be ready for trial by July 2009. The length of the trial is largely dependent upon the scope of the dispute that remains after any dispositive motions are resolved, but at this time Transcap estimates that it will need approximately 2-3 court days to present its case, while the Defendants estimate they will need 2-3 court days to present their case.

3.      **Settlement**.  At the time of the filing of this Report, the prospects for settlement are unknown.  The parties will promptly advise the Court of any settlement reached.

4.      **Consent**.  The parties do not consent unanimously to proceed before a Magistrate Judge.

Dated: May 19, 2008

/s/ Thomas Marrinson
Thomas A. Marrinson
Grant Y. Lee
Reed Smith LLP
10 South Wacker Drive
Suite 4000
Chicago, IL  60606
Phone:  (312) 207-1000
Fax: (312) 207-6400
**Attorneys for Transcap Associates, Inc.**


/s/ Cindy S. Stuyvesant
Kevin J. Kuhn
Cindy S. Stuyvesant
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500
(312) 609-5005

and

Alan D. Halperin
Andrew P. Saulitis
Neal W. Cohen
Halperin Battaglia Raicht, LLP
555 Madison Avenue
New York, New York 10022-3301
(212) 459-0900
(212) 459-1826
**Attorneys for Euler Hermes American Credit Indemnity Company and Robert M. Francisco**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, hereby certifies that the foregoing **Joint Report of Parties Rule 26(f) Conference** was served via U.S. mail posted from 10 S. Wacker Dr., Chicago, IL 60606 on May 19, 2008 to:

Kevin J. Kuhn
Cindy S. Stuyvesant
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500
(312) 609-5005

by using the CM/ECF system which will send electronic notification of such filing to the above.

Alan D. Halperin
Andrew P. Saulitis
Neal W. Cohen
Halperin Battaglia Raicht, LLP
555 Madison Avenue
New York, New York 10022-3301
(212) 459-0900
(212) 459-1826

by using the CM/ECF system which will send notification, by other means, of such filing to the above.

Dated: May 19, 2008

Respectfully Submitted,

TRANSCAP ASSOCIATES, INC.

By:_____Grant Y. Lee_____
        One of Its Attorneys

Thomas A. Marrinson
Grant Y. Lee
Reed Smith LLP
10 South Wacker Drive
Suite 4000
Chicago, IL  60606
Phone:  (312) 207-1000
Fax: (312) 207-6400

CHILIB-2176700.4-TAMARRIN5/19/08 4:10 PM