# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 723 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Transcap Associates, Inc vs. Euler Hermes American Credit Indemnity Company, et. al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/21/08. Discovery ordered closed on 3/3/09. Dispositive motions to be filed in open Court for a briefing schedule on 4/20/09 at 9:00 a.m. Pretrial order to be filed by 8/6/09. Pretrial conference set for 8/20/09 at 1:30 p.m. Jury trial set for 8/24/09 at 9:00 a.m. Enter Scheduling Order.

■ [ For further detail see separate order(s).]                                      Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|

08C723 Transcap Associates, Inc vs. Euler Hermes American Credit Indemnity Company, et. al.

Page 1 of 1