IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRANSCAP ASSOCIATES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EULER HERMES AMERICAN ) <br> CREDIT INDEMNITY COMPANY ) <br> and ROBERT M. FRANCISCO, ) <br> individually and as agent of Euler ) <br> Hermes American Credit Indemnity ) <br> Company, ) <br> ) <br> Defendants. ) | Case No. 08 C 723 <br><br> Judge John W. Darrah <br><br> Magistrate Judge Mason <br><br> JURY TRIAL DEMANDED |

## SCHEDULING ORDER

This matter coming to be heard at the status hearing on May 21, 2008 and the Court being fully advised in the premises, it is hereby ordered that this case shall proceed as follows:

| Event | Date |
|---|---|
| Parties to exchange Rule 26(a)(1) disclosures | Completed. |
| Last date to amend pleadings or to join additional parties without leave of court | August 31, 2008 |
| Fact discovery to be completed | December 31, 2008 (all discovery must be initiated to be completed by this date) |
| Plaintiff to serve expert reports | January 21, 2009 |
| Defendants to serve expert reports | February 12, 2009 |
| Expert discovery to be completed | March 30, 2009 |
| Last date to file dispositive motions | April 20, 2009 |
| Hearing to set briefing schedule on dispositive motions | April 20, 2009 at 9:00 a.m. |

| Event | Date |
|---|---|
| Plaintiff to provide Defendants a proposed draft Final Pretrial Order | Thirty (30) days after the Court rules on any dispositive motions filed on or about April 20, 2009, or by May 20, 2009 if no dispositive motions are filed |
| Parties to file Proposed Final Pre-Trial Order | August 6, 2009 |
| Final Pre-Trial Conference | August 20, 2009 |
| Trial to begin | August 24, 2009 |

IT IS SO ORDERED.

Dated: May 27, 2008

_____
The Honorable John W. Darrah
United States District Court